UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| ELIZABETH LOY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. __1:21-CV-133-GNS__ |
| | ) |
| WESTERN KENTUCKY UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| Serve:  Hon. Daniel Cameron | ) |
| Kentucky Attorney General | ) |
| 700 Capital Avenue, Suite 118 | ) |
| Frankfort, KY 40601 | ) |
| ServetheCommonwealth@ky.gov | ) |
| (*via email & certified mail*) | ) |
| | ) |
| | ) |
| | ) |
| *-AND-* | ) |
| | ) |
| ADAM GARY | ) |
| | ) |
| Defendant. | ) |
| | ) |
| Serve:  Hon. Andrea Anderson | ) |
| Asst. General Counsel | ) |
| Western Kentucky University | ) |
| 1906 College Heights Blvd., #11001 | ) |
| Bowling Green, KY 42101 | ) |
| andrea.anderson@wku.edu | ) |
| (*via email & certified mail*) | ) |
| | ) |
| | ) |
| _____ | ) |

## **COMPLAINT**

Comes now the Plaintiff, Elizabeth Loy, by and through counsel, and for her Complaint against the Defendants, states as follows:

## I. <u>PARTIES, VENUE, AND JURISDICTION</u>

1.     That at all relevant times herein Plaintiff, Elizabeth Loy, (hereinafter "Loy" and/or "Plaintiff") was a citizen and resident of Jamestown, Russell County, Kentucky.

2.     That at all relevant times herein, Defendant Western Kentucky University (Hereinafter, "WKU" and/or "Defendant") was and is an agency of the Commonwealth of Kentucky, and a public university with its principal place of business located at 1906 College Heights Boulevard, Bowling Green, Warren County, Kentucky 42101.   Pursuant to KRS § 15.020(3), the Attorney General of Kentucky has the authority to accept service of a civil lawsuit against an agency of the Commonwealth, and under Kentucky Rule of Civil Procedure 4.04(6), any civil complaint filed against the Commonwealth of Kentucky or one of its agencies must be served upon the Kentucky Attorney General.   Upon information and belief, WKU may also be served through the office of its general counsel.

3.     That at all times relevant times herein, Defendant Adam Gary (hereinafter, "Gary") was and is the coach of the WKU Women's Golf team and an employee, agent, or ostensible agent of WKU.   Gary was and is a resident of Warren County, Kentucky, residing at 181 Pinehurst Drive, Bowling Green, Kentucky 42103.   Gary is named as a Defendant in his <u>official capacity</u> pursuant to the Plaintiff's claims under the Rehabilitation Act, (*see Count II, paragraphs 54-55 below*), and is named as a Defendant in his <u>individual capacity</u> pursuant to the Plaintiff's ancillary state law claims (*see Counts IV and V, paragraphs 59-75 below*).   Upon information and belief, Gary may be served through the office of WKU's general counsel.

2

4.      Federal causes of action:   This action is brought pursuant to Title II of the
        Americans with Disabilities Act (hereinafter "ADA"), 42 U.S.C. §§ 12131 *et seq*.;
        and Section 504 of the Rehabilitation Act, (hereinafter "RA"), 29 U.S.C. § 794, both
        of which confer jurisdiction on this Court for claims of ADA and RA discrimination.
        This Court also has subject matter jurisdiction over this matter pursuant to 28
        U.S.C. § 1331, which confers general subject matter jurisdiction on this Court for
        all civil claims arising under the laws of the United States, such as the ADA and
        the RA.

5.      State causes of action:   This action is brought pursuant to the Kentucky Civil
        Rights Act (hereinafter "KCRA"), KRS § 344.010 *et seq*.   The Plaintiff also asserts
        common law claims under Kentucky state law for negligence, gross negligence,
        and promissory estoppel.   This Court has supplemental jurisdiction over the
        Plaintiff's ancillary state law claims pursuant to 28 U.S.C. § 1367(a).

6.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2) as all of the
        events alleged herein occurred in this District.   Further, Defendant Gary resides
        in this District and Defendant WKU has its principal business office in this District
        and thus, resides here pursuant to 28 U.S.C. § 1391 (c)(2); venue is therefore
        proper under 28 U.S.C. § 1391(b)(1).


## II.  **STATEMENT OF FACTS**

7.      WKU is an agency of the Commonwealth of Kentucky and a public university
        based in Bowling Green, Kentucky, with a total enrollment of approximately 18,000

students.[1]   WKU is a public entity that receives federal funding.[2]   WKU owns, funds, and operates a student women's golf team with a roster of seven to eight members.[3] The members of the golf team all have athletic scholarships.   The internal policy and standard practice for the award of athletic scholarships at WKU is as follows:   When an athletic scholarship is offered to a student at WKU, that scholarship is automatically renewed each year the student is enrolled at the university, so long as the student meets certain criteria such as maintaining a minimum grade point average, not violating team rules, and not committing misconduct or fraud.   (*See attached exhibits*).   Renewal of the scholarship is not contingent on the student athlete's performance on the golf course, and the scholarship is renewed each year as a matter of course so long as the student remains eligible for play under NCAA rules, and does not violate the criteria described above.   The award may be increased, but may never be decreased from year-to-year.

8.     Under the rules promulgated by the National College Athletic Association ("NCAA"), a student is eligible to play Division I sports for four years of competition,

---

[1]  *See* https://www.wku.edu/instres/documents/02_student_profile.pdf

[2]  *See*  https://www.wku.edu/news/articles/index.php?view=article&articleid=9729  ("Western Kentucky University will use a $1.92 million federal grant to improve the health of underserved and vulnerable populations by strengthening the counseling workforce." June 17, 2021.   *See also*, https://www.wbko.com/2021/02/26/wku-to-receive-nearly-19-million-in-funding-from-us-department-of-education/ ("Senator Mitch McConnell announced Friday Kentucky's colleges and universities were allocated a total of $269,307,632 to support students and campus communities during the coronavirus crisis. The federal funding is distributed by the U.S. Department of Education…. Western Kentucky University will receive the third most funds at nearly 19 million.") February 26, 2021.

[3]  *See* https://wkusports.com/sports/womens-golf/roster/

and receive an athletic scholarship for five years (including a "redshirt"[4] year) within five calendar years if they are an undergraduate enrolled full time. Graduate students are also eligible to participate within the five-year period.[5] WKU is a member of the NCAA and adheres to the scholarship rules promulgated and enforced by that organization.

9.    Gary is and was at all times referred to herein the head coach of the WKU women's golf team.   At all times relevant to the allegations herein, Gary had sole authority over the women's golf team membership, including the ability to "hire" or "fire" members of the team at will.[6]   Gary had the authority to offer students athletic scholarships and to revoke those scholarships.   In 2014, when Loy was in eighth grade in Jamestown, Kentucky, Gary began recruiting her to enroll at WKU and to play on the women's golf team upon graduation from high school.   Throughout her years as a high school student at Russell County High School in Jamestown, Kentucky, Gary engaged in repeated and ongoing conversations with Loy and her parents about Loy attending college at WKU in an attempt to recruit her to play for the women's golf team.   Gary made a verbal offer to Loy to attend WKU on a golf scholarship when she was a freshman in high school.   The offer was made to Loy

---

[4]      *See*      https://www.lrt-sports.com/blog/redshirt-everything-you-neeto-know-athletes-personal-experiences/ ("Redshirting, at its core, allows student-athletes to maintain athletic eligibility while still reaping the benefits of a scholarship…. Redshirting allows a student-athlete five years to use four years of athletic eligibility…. According to the Senior Associate Athletic Director for Compliance, Scott Young, 'the NCAA has two requirements for a medical redshirt; the injury must have occurred in the first half of the season, and the athlete must have competed in less than 30 percent of the season. You must provide documentation of the injury, and it must be considered season-ending.'")

[5] *See* https://ncaaorg.s3.amazonaws.com/compliance/d1/2021-22/2021-22D1Comp_SummaryofNCAARegulations.pdf.

[6] Golf team members were and are students of WKU and not employees.   The terms "hire" and "fire" in this context are a shorthand meant to indicate that Coach Gary had the power to offer students membership on the team and to remove them from the team at will.

in person on December 20, 2014, at the E.A. Diddle Basketball Arena on the WKU campus when Loy was visiting the school with her family. Gary explained to Loy and her parents that if Loy accepted his offer and came to play golf on the WKU women's team, her scholarship would automatically be renewed each year Loy was eligible under NCAA rules, (and continued to meet all the criteria referenced in paragraph #7 above), and that the amount of scholarship money might be increased, but would never be decreased.   Gary explicitly stated to Loy and her parents that the offer was for four years of eligibility, and never indicated that it was a year-by-year offer.   Gary repeated this assurance numerous times during his communications with Loy while she was in high school. Loy verbally accepted the offer to attend WKU and play for the women's golf team on September 10, 2015. Loy accepted the offer in person while meeting with Gary at the Olde Stone Golf Course in Bowling Green, where the WKU women's golf team practices.   As part of this verbal agreement, Loy agreed not to apply to other schools besides WKU, and did not seek admission to any other college or university.   Gary's promise of a four-year scholarship that would be automatically renewed for each year Loy was eligible to play under NCAA rules was intended by Gary to induce Loy to forego from applying to any other schools or to play golf for any competitor.   Gary's promise did, in fact, induce Loy to attend WKU and not to apply to any other universities.   After accepting Gary's offer, Loy informed coaches from three other universities that she rejected their offers for Loy to attend their respective schools or play for their golf teams.   The coaches and universities whom Loy rejected in reliance on Gary's promise of a four-year automatically renewable WKU

scholarship were: Chris Adams at Middle Tennessee State University, Kim Goodin at Campbellsville University, and Eric Wyrick at Lindsey Wilson College.

10. On November 3, 2017, when Loy was a senior in high school, she signed[7] a financial aid and scholarship agreement with WKU promising her a total of $10,255.00 in scholarship benefits for the 2018-19 school year. The agreement was signed on behalf of WKU by Gary, Cindy Burnette (financial aid officer), and Autumn Coleman (Chair of the Scholarship Committee). The agreement was renewed on May 7, 2019 (for the 2019-20 school year) and again on May 20, 2020 (for the 2020-21 school year). The sum of $10,255.00 was awarded to Loy each year. (*See attached exhibits*). Thus, Loy received a total of $30,765.00 in scholarship benefits from 2018 to 2020, and expected to receive an additional $30,765.00 for her remaining three years of eligibility.[8]

11. During Loy's time as a high school student at Russell County High School, she

---

[7] The agreement was also signed by Loy's father in his role as her legal guardian since Loy was only 17 years old at the time. This document was considered by the parties to be a binding "Letter of Intent" under NCAA rules.

[8] Loy's scholarship NCAA eligibility is broken down as follows:

| | |
|---|---|
| 2018-19 Freshman year | Played and exhausted a year of eligibility |
| 2019-20 Sophomore year | Played, but was granted a "COVID" year (*see below explanation*) |
| 2020-21 Junior Year | Had TIA stroke & didn't play; thus, qualifies for a "redshirt" year |
| 2021-22 Senior Year | Cut from the team & scholarship revoked |

Thus, under NCAA rules (see paragraph #7 above), Loy still has three remaining years of eligibility to play Division 1 varsity golf; i.e., she has eligibility remaining for her "redshirt" year, her "senior" year, as well as an additional "COVID" year that was granted to all college athletes in the 2020 season due to widespread college sports events cancellations due to the COVID-19 pandemic;
*See* https://tuftsdaily.com/sports/2021/04/02/ncaa-grants-extra-year-of-eligibility-seniors-contemplate-their-futures/; *See also,* https://www.ncsasports.org/coronavirus-sports/ncaa-eligibility-coronavirus ("As of October, all three Division levels have granted fall and winter sport athletes an extra year of eligibility, whether they compete in the 2020-21 season or not…. Traditionally, a student-athlete has 5 years to play 4 years of their sport. An extra year means a current college student-athlete would have 6 years to play their 4 years.")

was an honor student with a perfect 4.0 grade point average.   She completed her required high school course work early, and took college courses throughout her junior and senior years of high school.   When she graduated from high school in the Spring of 2018, Loy had accumulated 45 hours of college credit which transferred to WKU upon enrollment.   Thus, when Loy began classes at WKU in the fall semester of 2018, she was chronologically a freshman, but academically a sophomore scheduled to graduate from college in only three years.   Loy explained this fact to Gary prior to signing her financial agreement in November of 2017, and expressed that she intended to enroll as a graduate student at WKU in the department of speech pathology immediately following completion of her undergraduate studies.   Gary told Loy that was no problem, and that she could and would remain on scholarship as a graduate student so long as she remained eligible to play under NCAA rules.   WKU Athletic Advisor Diana Marshall also repeatedly assured Loy that she could continue to play golf for WKU and remain on scholarship while in graduate school.

12.   During Loy's tenure with the WKU women's golf team, her performance on the golf course was outstanding:   She had the third lowest scoring average for the season by a freshman in the history of WKU women's golf.   She competed in all 10 tournaments in her freshman year (2018-19), finishing with a stroke average of 77.0, recorded two top-20 results for intercollegiate tournaments, and recorded season lows for 18 holes (70), 36 holes (71-76), and 54 holes (71-76-70).   In her sophomore year, (2019-20), she competed in four tournaments, including one as an individual, finished with a season stroke average of 77.2, and finished 27th at

the prestigious Mary Fossum Intercollegiate Tournament.   She made the cut and competed at the Tennessee Women's Open (a professional event), played in the junior girls PGA tournament and finished in the top 20, beating several opponents who later turned professional.   She won the historic Kentucky Women's Amateur Open and won the Capital City Classic Tournament.   (*see attached exhibits).*

13.   Loy's academic performance was even more impressive than her achievements on the golf course.   Loy graduated from WKU with a degree in Communications Sciences with a perfect 4.0 grade point average after only three years of undergraduate courses.   She made the President's List all three years of undergraduate school (including the 2020-21 school year where she missed part of the fall semester due to the medical problems discussed below) and was one of only 46 recipients of the prestigious "Scholars of the College Award" out of 4,180 graduates.   She was president of WKU Best Buddies, a philanthropic organization supporting individuals with intellectual and developmental disabilities. She served in leadership roles in the Fellowship of Christian Athletes and Living Hope Baptist Church College Ministry, and was awarded academic achievement awards by Conference USA and the Women's Golf Coaches Association.

14.   During Loy's tenure with the WKU women's golf team, she never violated NCAA rules, nor any of the team rules or policies articulated in the attached exhibits, and was never suspended, reprimanded, or disciplined in any manner.

15.   During Loy's tenure with WKU women's golf team (2018-2021), all students on the team (except for Loy) had their scholarships automatically renewed each year they were eligible under NCAA rules.   During this time period, no golf team members

(other than Loy) were ever kicked off the team without cause or had their scholarships not renewed while they were still eligible to play under NCAA rules. During this time period, no golf team member (other than Loy) was ever kicked off the team or had her scholarship taken away without cause.

16.   During Loy's tenure with the WKU women's golf team, (2018-2021), two students named Mary Joiner and Teri Doss completed their undergraduate degrees, and were allowed to remain on the team and keep their scholarships while enrolled in graduate school at WKU.

17.   During Loy's tenure with the WKU women's golf team, (2018-2021), a member of the men's basketball team, Charles Bassey, severely injured his knee during a basketball game against Arkansas on December 7, 2019.   Bassey was physically unable to play basketball for WKU for the remainder of the 2019-20 school year due to his injuries.   Bassey had knee surgery and extensive physical therapy, and received the full support of the WKU athletic staff during that time including one-on-one individualized care from WKU trainer John Erwin.   Bassey's athletic scholarship was renewed for the 2020-21 school year and he was allowed to remain on the men's basketball team, despite the fact that he had missed a number of games in both the 2019-20 and 2020-21 school years.   Bassey was cleared by his doctors to return to the basketball court on November 25, 2020.[9]

18.   In August of 2020, Loy returned to the WKU campus to begin practice and training with the golf team for the fall semester.   (This was her junior year chronologically,

---

[9] *See* https://www.cbssports.com/college-basketball/news/dribble-handoff-who-will-be-college-basketballs-player-of-the-year-in-the-2021-22-season/

but her senior year in terms of the number of credits she had earned.   Loy had repeatedly told Gary, members of the athletic training staff, and her teammates that she expected to graduate with her bachelor's degree in the spring of 2021.) Prior to August 28, 2020, Loy was in perfect health, with no history or indication that she was suffering from any serious or chronic health problems.

19.   On August 28, 2020, at approximately 2:30 p.m., while Loy was participating in a study session via Zoom teleconferencing in her apartment off campus, she began noticing odd and alarming sensations that seemed to be rapidly increasing in severity.   She could not understand what her professor was saying, and she became numb on the right side of her face and body.   She could not walk and she was having great difficulty speaking.   Loy, who was studying to be a speech pathologist, and who had studied and worked with stroke victims as part of her training, immediately suspected that she was having a stroke.   She got the attention of her roommate and desperately communicated what was going on.

20.   Loy was transported to Med Center Health Hospital in Bowling Green where she was admitted and subjected to a variety of medical tests.   Loy was diagnosed with a transient ischemic attack, also known as a "TIA stroke" or "mini-stroke".   A TIA stroke has symptoms that are similar to a stroke.   However, these symptoms normally do not result in permanent damage and many victims make a full recovery.[10]   However, those who suffer a TIA stroke are at a heightened and

---

[10]  *See* https://www.mayoclinic.org/diseases-conditions/transient-ischemic-attack/symptoms-causes/syc-20355679

ongoing risk of suffering full strokes in the future.[11]   Following the TIA stroke, Loy

remained an in-patient in the hospital until August 30, 2020.   Loy lost the ability to

write, speak, walk, or use the bathroom on her own, and these symptoms lingered

in varying degrees of severity for approximately three weeks following the incident.

Upon discharge, Loy was referred to physical therapy where she attempted to

regain her motor skills.

21.   Following her discharge from the hospital, on or about September 1, 2020, Loy

and her parents met with Gary and athletic trainer John Erwin.   Loy informed Gary

and Erwin that she had suffered a TIA stroke and that she could not play golf for

the foreseeable future[12].   She expressed her hope (based on information given to

her by her physicians) that she would make a swift recovery and eventually return

to the golf course.   In the meantime, Loy expressed that the other golfers were

her friends and she would still like to attend practice and be there to support her

teammates.   Initially, both Gary and Erwin said that Loy would be allowed to

attend practices, but a few days later, Erwin reversed course and said that Loy

would not be allowed to come to practice because it would be a "distraction" to the

other players.

22.   On or about September 11, 2020, Loy met with WKU team doctor Abigail Debusk

and signed a release for Debusk to obtain and review all of Loy's medical records

---

[11] "About 1 in 3 people who has a transient ischemic attack will eventually have a stroke, with about half occurring within a year after the transient ischemic attack." https://www.mayoclinic.org/diseases-conditions/transient-ischemic-attack/symptoms-causes/syc-20355679;   *See also* https://www.hopkinsmedicine.org/health/conditions-and-diseases/stroke/risk-factors-for-stroke ("If you have had one or more TIAs, you are almost 10 times more likely to have a stroke than someone of the same age and sex who has not had a TIA.")

[12] Loy was still having difficulty speaking normally at this time due to the stroke symptoms, but she was able to sufficiently communicate the message with aid from her parents.

related to the incident.   Dr. Debusk described the reason for the visit as "follow up after TIA" and assessed the primary reason for the visit as "transient ischemic attack".   Debusk stated, "She was admitted to the hospital on the above date after having stroke-like symptoms."   Debusk concluded, "Only after the work up planned is done, will I consider her to start progressing activity and golf activity. She was on board with the plan.   Our plan is to go slow this fall and plan a goal of getting back for spring should nothing else occur to hinder this plan." (*see attached exhibit*).

23.   Loy continued to attend physical therapy throughout the month of September 2020, and made a swift recovery.   (She also remarkably continued to attend her classes and complete her homework).   As of October 1, 2020, Loy had made a complete recovery from the TIA stroke and had no lingering symptoms.

24.   Loy was treated and evaluated by the following physicians for her TIA stroke:   Dr. Sandeep Chabra (cardiology), Dr. Garima Agrawal[13] (neurology), and Dr. Kaitlyn Riggs (primary care physician).   On or about October 1, 2020, all three of Loy's doctors deemed her to be completely recovered from her TIA stroke symptoms, and cleared her to resume playing golf.   At Erwin's request, Loy met with WKU

---

[13] Dr. Agrawal provided Loy with a letter clearing her to resume all normal activities including golf.   (*See attached exhibit*).   Although Loy was diagnosed with a TIA stroke in the emergency room, and her condition is referred to in that manner throughout Loy's medical records with Med Center Health, Dr. Agrawal, a neurologist, in a letter dated July 6, 2021 (10 months after the stroke) described the condition as a "complicated migraine" with "prolonged aura" and stated that Loy suffered from "stroke-like symptoms".   This letter was drafted by Dr. Agrawal for Loy to use in support of her scholarship appeal.   Apparently, a TIA stroke and "complicated migraine with aura" have similar symptoms and are easily confused, even by highly trained medical professionals. *See, e.g.,* the attached medical record from WKU team doctor Abigail Debusk on 9/11/20 which identifies the incident as a TIA with "stroke-like symptoms".   *See also* https://www.stroke.org.uk/sites/default/files/migraine_and_stroke.pdf   ("Migraine auras can be confused with transient ischaemic attack (TIA), where someone has stroke symptoms that pass in a short time. For instance, a migraine with only a visual aura but no headache may be mistaken for TIA.")

13

Sports Psychologist, Joey Case, who also cleared her to resume playing golf with the team.   Loy relayed this information to Gary, Erwin, and Debusk on or about October 1, 2020, at an in-person meeting. Loy explained that she did not need any type of accommodations, that she had been cleared to play by all of her doctors, and that she was ready to resume full and normal participation with the golf team. The fall golf schedule was nearly over by that point, so Gary and Erwin told Loy it would be better for her to wait out the remainder of the fall semester and continue her recovery and she could start playing again in the spring, if her health permitted.

25.     On or about December 18, 2020, the WKU athletics department released a video which was posted on the school's Twitter account and other social media telling the story of Loy's stroke, her difficulties recovering, and praising her for her hard work to recover and outstanding academic achievement.    Coach Gary "retweeted" the post, stating, "We're so thankful to have @loylizzieg on our squad!" *(See attached exhibit).*

26.     On January 19, 2021, Loy met with Gary at his office.    Gary told her that she was being cut from the team, effective immediately.   Gary told Loy that she would continue to receive her scholarship for the remainder of the spring 2021 semester, but that the scholarship would not be renewed after that.   Loy asked Gary why she was being cut from the team, and he replied, "With your health, I don't know when you would even be able to play again."   Gary handed Loy a written form entitled, "Removal from Roster/Team Form".   (*see attached*). The form contains four boxes indicating the possible reasons a student can be removed from a team, but none of the boxes are checked.   Below the boxes is a narrative section that

says, "Further comments or other explanation".   Gary left this section blank as well.

27.   On or about May 13, 2021, Loy received formal notice via email from WKU that her scholarship would not be renewed.   (*See attached exhibit*).   The email was followed up by a form letter dated May 19, 2021, advising her of the same.   This form was signed by Defendant Gary, as well as Autumn Coleman (financial aid officer), Bryson Davis (chair of the scholarship committee), and an unknown (handwriting illegible) representative of the Director of Athletics. On May, 17, 2021, Loy timely filed a formal appeal of the decision to rescind/not renew her scholarship to the WKU scholarship committee per the procedure outlined in Schedule A of the Financial Aid Agreement she signed.   (*See attached exhibit*). The stated basis of her appeal was that the decision not to renew her scholarship and to remove her from the golf team was because of her TIA stroke, and therefore, a violation of the ADA.   On July 8, 2021, an in-person hearing was held on the WKU campus before the scholarship committee where Loy was represented by counsel and permitted to testify on her own behalf.   Loy explicitly and specifically complained to the committee that she was being kicked off the golf team and was having her scholarship rescinded because of her stroke in violation of the ADA, and that she was being treated differently from all other similarly situated students because of her disability. Gary also testified before the committee and advocated that the decision to rescind and/or not renew Loy's scholarship be upheld.   Gary knew the basis upon which Loy was appealing because he was allowed to review Loy's written appeal alleging disability discrimination, (email dated May 17, 2021, see

attached exhibits).   Gary denied these allegations before the committee.

28.   On August 9, 2021, the scholarship committee issued its formal and final ruling denying Loy's appeal, and affirming the decision not to renew her athletic scholarship.  (*See attached exhibit*).   In support of its decision, the committee stated that because Loy had graduated, WKU had no obligation to renew her scholarship.   On August 30, 2021, WKU Athletic Director Todd Stewart posted a "tweet" on Twitter stating, "Among all FBS[14] Programs, @WKUFootball with the 3rd most graduates on their 2021 roster!"

29.   On May 1, 2021, Loy graduated with her bachelor's degree from WKU in Communication Sciences and Disorders.   In the fall of 2021, she began working on her master's degree in the WKU department of Speech-Language Pathology, and remains enrolled there as a full-time graduate student in good standing as of the time of this writing.

30.   WKU has adopted a "standards of conduct" policy specifically prohibiting its employees from committing, "Acts of unlawful discrimination including, but not limited to unlawful discrimination based upon race, creed, gender, age, religion, national origin, or disability status."[15]   (*See attached exhibit*).

## III.   PLAINTIFF'S SUPPORTING DOCUMENTATION

The Plaintiff is in possession of the following documentation which corroborates

---

[14] FBS stands for the Division I Football Bowl Subdivision (FBS) of the NCAA.
[15] Although this policy is dated October 27, 1998, it is still in effect and binding upon current university employees. *See* https://www.wku.edu/policies/docs/index.php?policy=148

and supports the factual allegations set forth in paragraphs #1-30 above.   The Plaintiff hereby submits these items as attachments to the Complaint in support of her allegations against the Defendant.

31.   WKU 2019-20 women's golf team roster bio page of Elizabeth "Lizzie" Loy. (*EXHIBIT #1*)

32.   WKU Financial Aid Agreement & Athletic Scholarship Award for Elizabeth Loy, for the 2018-19 school year, signed 11/8/17 (*EXHIBIT #2*)

33.   Renewal of WKU Financial Aid Agreement & Athletic Scholarship Award for Elizabeth Loy, for the 2019-20 school year, signed 5/7/19 (*EXHIBIT #3*)

34.   Renewal of WKU Financial Aid Agreement & Athletic Scholarship Award for Elizabeth Loy, for the 2020-21 school year, signed 5/24/20 (*EXHIBIT #4*)

35.   Schedule A to WKU Financial Aid Agreement (*EXHIBIT #5*)

36.   Removal from Roster/Team Form, signed by Coach Adam Gary, 1/19/21 (*EXHIBIT #6*)

37.   2020-21 WKU Ladies Golf Team Rules (*EXHIBIT #7*)

38.   Letter from Dr. Garima Agrawal, neurologist, 7/6/21 (*EXHIBIT #8*)

39.   Medical Record from MCH Ortho & Sports Medicine, signed by Dr. Abigail Debusk, 9/11/20 (*EXHIBIT #9*)

40.   Email of 5/13/21 of new financial aid offer and Notice of Non-Renewal of WKU Financial Aid Agreement & Scholarship Award for Elizabeth Loy, 5/19/21 (*EXHIBIT #10*)

41.   Email from Elizabeth Loy to WKU Senior Associate Athletic Director, John McCammon, giving formal notice of appeal of the non-renewal of Loy's

Financial Aid Package and Scholarship award, 5/17/21 (*EXHIBIT #11*)

42.  Letter from W. Bryson Davis, chair of the WKU NCAA Athletic Scholarship Appeals Committee informing Elizabeth Loy that her appeal is formally denied and the decision not to renew her scholarship is affirmed, 8/9/21 (*EXHIBIT #12*)

43.  "Tweet" from WKU Athletic Director, Todd Stewart, 8/30/21 (*EXHIBIT #13*)

44.  Summary of NCAA Eligibility Regulations Academic Year 2021-22. (*EXHIBIT #14*)

45.  WKU Athletic Department "Tweets" 12/20/20 (*EXHIBIT #15*)

46.  WKU Policy & Procedure Document, Standards of Conduct 10/27/98 (*EXHIBIT #16*)

## IV.   CAUSES OF ACTION

### COUNT I – DISABILITY DISCRIMINATION
### IN VIOLATION OF TITLE II OF THE ADA, 42 U.S.C. §§ 12131 *et seq*
### (*DEFENDANT WKU ONLY*)

47.  The Plaintiff fully and completely restates and reincorporates the averments contained in paragraphs #1- #46 above as if fully set forth herein.

48.  As a result of her TIA stroke, Loy suffered substantial impairment of several major life activities from August 28, 2020, until approximately October 1, 2020.  During this time period, Loy was unable either in full or in part to walk, speak, write, or use the bathroom on her own.  In addition, Loy remains at a heightened and ongoing risk of suffering future strokes.

49.     Loy was perceived and regarded by Gary, Erwin, and Debusk as having a continuing and ongoing impairment that substantially limited one or more major life activities.  Evidence of this perception can be found in Gary's statement, "With your health, I don't know when you would even be able to play again."  Evidence of this perception can also be found in Erwin's statement that Loy could not attend golf team practices because she would be a "distraction" to the other players.   Evidence of this perception can also be found in Dr. Debusk's comments in her medical notes of 9/11/20. (*see attached exhibit*).

50.     Loy was fully qualified to be a part of and remain on the WKU women's golf team and to continue to receive her athletic scholarship for her full period of eligibility under NCAA rules.  Loy was a model student-athlete with a perfect 4.0 grade point average, no history of disciplinary infractions, no history of violations of team rules or policies, no history of violation of NCAA rules, and outstanding athletic performance on the golf course.   Further, as the time of her termination from the team, Loy had been cleared by all of her physicians to resume all normal life activities including competitive golf. Additionally, Loy had at least three years of playing eligibility remaining under NCAA rules, regardless of whether she was an undergrad or grad student.[16]

51.  WKU is a public university and a public entity that receives federal funds.

---

[16] *See* footnote #8 above.

52.    Loy was removed from the WKU golf team by Gary on January 19, 2021,
and her athletic scholarship was not renewed and/or cancelled by WKU on
May 19, 2021, with the decision being affirmed by the scholarship appeals
committee on August 9, 2021, solely because of the disability described in
paragraph #48 above and/or the perceived disability described in paragraph
#49 above.   Evidence of the motivation and purpose behind WKU's action
in this regard can be found in the close timing and sequence of events (TIA
stroke on 8/28/20 followed by removal from the golf team on 1/19/21 and
the scholarship renewal being denied on 5/19/21 and affirmed by the
scholarship appeals committee on 8/9/21) as well as the statements of
Gary, Erwin, and Debusk referenced in paragraphs #48-49 above. The
reason offered as the explanation for the denial of the scholarship renewal
by the scholarship appeals committee (that Loy had already completed her
undergraduate studies, *see attached exhibit*), is a transparent pretext.
Proof of this pretext can be found in the fact that two of Loy's teammates
continued to play for the golf team and receive scholarship benefits as
graduate students (*see paragraph #16 above*) and in the tweet of Athletic
Director Todd Stewart that WKU has the third most graduate students on
its football team of any Division I school in the country.

53.    Defendant Gary, as well as John Erwin (Athletic Trainer); Dr. Abigail Debusk
(Team Physician); Bryson Davis, (Scholarship Appeal Committee Chair);
John McCammon, (Senior Associate Athletic Director); Autumn Coleman,
(Financial Aid Officer); Todd Stewart, (Athletic Director); Cindy Burnette,

20

(Financial Aid Officer), and Diana Marshall, (WKU Athletic Advisor), were all employees, agents, and/or ostensible agents of WKU during the time period of the allegations set forth herein.   WKU is vicariously liable under the legal doctrine of *respondeat superior* for the tortious conduct, acts, and omissions of all individuals named in the preceding sentence, as well as all other employees, agents, or ostensible agents who were responsible for the decision to remove Loy from the golf team and to deny the renewal of her scholarship.   The actions and decisions of the aforementioned individuals as set forth in the preceding paragraphs of this Complaint in regards to removing Loy from the golf team and not renewing her scholarship were intentional and made with deliberate indifference and conscious disregard of Loy's rights. Evidence of this deliberate indifference and conscious disregard can be found in Gary's statement that Loy could not play on the golf team anymore due to her health, and in the scholarship committee's decision to uphold the denial of Loy's athletic scholarship renewal, even after Loy had explicitly reported to them both orally in writing that she was the victim of disability discrimination.

54.   Because of the discrimination suffered by Loy due to her disability and/or perceived disability, she incurred losses and damages, including three years' worth of her scholarship valued at $30,765.00, mental anguish, embarrassment, and humiliation, and the loss of unknown revenue and

benefits she might have earned under new NCAA rules allowing a student athlete such as Loy to benefit from her name, image, and likeness.[17]

## COUNT II – DISABILITY DISCRIMINATION
## IN VIOLATION OF THE RA, Section 504, 29 U.S.C. § 794
## (*DEFENDANT WKU & DEFENDANT GARY, IN HIS OFFICIAL CAPACITY ONLY*)

55.    The Plaintiff fully and completely restates and reincorporates the averments contained in paragraphs #1- #54 above as if fully set forth herein.

56.    The factual basis and legal underpinning of the Plaintiff's RA claim is identical to that of her ADA claim.   Accordingly, in the interest of judicial economy, the Plaintiff reiterates and repeats all averments of paragraphs 48-54 as if fully repeated word-for-word here in support of her RA claim.

## COUNT III – DISABILITY DISCRIMINATION
## IN VIOLATION OF THE KCRA, KRS § 344.040
## (*DEFENDANT WKU ONLY*)

57.    The Plaintiff fully and completely restates and reincorporates the averments contained in paragraphs #1- #56 above as if fully set forth herein.

58.    The factual basis and legal underpinning of the Plaintiff's KCRA claim is identical to that of her ADA claim.   Accordingly, the in the interest of judicial economy, the Plaintiff reiterates and repeats all averments of paragraphs 48-54 as if fully repeated word-for-word here in support of her KCRA claim.

---

[17] *See* https://www.cnbc.com/2021/07/01/how-college-athletes-can-make-money-according-to-new-ncaa-nil-policy.html.   As of July 1, 2021, student athletes in NCAA programs may monetize their name, image, and likeness.

## COUNT IV – PROMISSORY ESTOPPEL
### (*DEFENDANT GARY ONLY, IN HIS INDIVIDUAL CAPACITY*)

59.    The Plaintiff fully and completely restates and reincorporates the averments contained in paragraphs #1- #58 above as if fully set forth herein.

60.    During all relevant times described in the preceding paragraph, Gary was an employee, agent, or ostensible agent of WKU with full and sole authority to offer students membership on the women's golf team with athletic scholarships to support their play.   Gary was granted and delegated authority by WKU to enter contractual relationships with students to join the golf team.

61.    On December 20, 2014, Gary made a verbal offer to Loy to attend WKU on a golf scholarship. The offer was made to Loy in person at the E.A. Diddle Basketball Arena on the WKU campus when Loy was visiting the school with her family on December 20, 2014. Gary explained to Loy and her parents that if Loy accepted his offer and came to play golf on the WKU women's team, her scholarship would automatically be renewed each year Loy was eligible under NCAA rules, (four years plus a possible additional fifth year for a redshirt season or other extenuating circumstance as allowed by NCAA rules), and that the amount of scholarship money might be increased, but would never be decreased.   Gary explicitly stated to Loy and her parents that the offer was for four years of eligibility, and never indicated that it was a year-by-year offer.   Gary repeated this assurance numerous

23

times during his communications with Loy while she was in high school. Gary knew that this information was inaccurate, and that the true nature of the scholarship was that it could be rescinded at will by WKU on a year-by-year basis, with or without cause.

62.   Loy verbally accepted the offer to attend WKU and play for the women's golf team on September 10, 2015.   Loy accepted the offer in person while meeting with Gary at the Olde Stone Golf Course in Bowling Green, where the WKU women's golf team practices.

63.   As part of this verbal agreement, Loy agreed not to apply to other schools besides WKU, and did not seek admission to any other college or university besides WKU.   Gary knew and intended that his promise of a four-year scholarship would induce Loy not to seek admission to other universities or to play for any rival women's golf teams.   Gary's promises about a four-year scholarship induced Loy to attend WKU and play for the WKU women's golf team, and not to apply to any other schools. Loy ended discussions and rejected the recruiting efforts and offers for her to attend school and play golf for three rival teams in reliance on Gary's promises.   These teams included:   Chris Adams at Middle Tennessee State University, Kim Goodin at Campbellsville University, and Eric Wyrick at Lindsey Wilson College.

64.   As a result of the mutual promises exchanged by the parties, Loy did enroll at WKU and did play on the women's golf team with a full athletic scholarship beginning in the fall semester of 2018.   Loy played on the golf team with her full scholarship again in the 2019-20 season.

65.   On January 19, 2021, Gary broke his promise when he removed Loy from the golf team without cause.   On May 19, 2021, Gary further broke his promise when he signed a notice of non-renewal of Loy's scholarship without cause.

66.   As a result of this broken promise, Loy suffered a financial loss in the amount of three years' worth of her scholarship, valued at $30,765.00.   Loy had three years-worth of playing and scholarship eligibility remaining under NCAA rules as detailed in footnote #8 above.

67.   It is now too late for Loy to apply to other universities or try out for other college golf teams.   She cannot go back to the coaches referenced in paragraph #63 above and ask them to put their offers from several years ago back on the table.   She has already graduated from undergraduate school and exhausted two years-worth of NCAA playing eligibility. She cannot "redo" her freshman year or start her college golf career over. Denying her the last three years of her scholarship at this point in time creates an injustice that can only be remedied by enforcement of Gary's promise.

68.   Because of Gary's broken promise about her automatic scholarship renewal, Loy has incurred both financial and emotional damages including three years' worth of her scholarship valued at $30,765.00, as well as mental anguish, embarrassment, and humiliation.

69.   Because Gary's actions in inducing Loy to forego applications to other universities were willful and/or made with a reckless disregard for Loy's

25

rights, and were intended to deceive Loy as to the guarantee that her scholarship would be automatically renewed for every year of her NCAA eligibility, the Plaintiff seeks punitive damages as to this count to discourage Gary and other similarly situated college athletic team coaches like him from engaging in such conduct in the future.


### COUNT V – NEGLIGENCE & GROSS NEGLIGENCE
(*DEFENDANT GARY ONLY, IN HIS INDVIDUAL CAPACITY*)

70.     The Plaintiff fully and completely restates and reincorporates the averments contained in paragraphs #1- #69 above as if fully set forth herein.

71.     Defendant Gary owed the Plaintiff a duty of care to not violate her civil rights and to not discriminate against her because of her disability or perceived disability.   This duty is set forth in federal law under 42 U.S.C. §§ 12131 *et seq.* and also pursuant to Kentucky state law under KRS § 344.040. Additionally, this duty is explicitly set forth in WKU's standards of conduct policy.   (*See paragraph #30 above as well as attached exhibit*).

72.     Defendant Gary breached the duty described in paragraph #71 above when he removed Loy from the WKU women's golf team without cause on January 19, 2021, and signed her scholarship non-renewal notice on May 19, 2021.   By his own admission, Gary's sole reason for removing Loy from the team and rescinding her scholarship was due to her health.   (*See paragraph #26 above*).   Gary took this action and excluded Loy from the

team, despite being explicitly informed that Loy had been medically cleared by all of her physicians to resume competitive golf. (*See paragraph #24 above*.)

73.   As a result of Gary's actions, Loy incurred losses and damages, including three years' worth of her scholarship valued at $30,765.00, mental anguish, embarrassment, and humiliation, and the loss of unknown revenue and benefits she might have earned under new NCAA rules allowing a student athlete such as Loy to benefit from her name, image, and likeness.

74.   When making the decision to eliminate Loy from the WKU Women's Golf Team and to rescind and/or not renew her athletic scholarship, Defendant Gary failed to exercise reasonable care, in that he made no effort whatsoever to investigate or consider whether his actions were violative of the Loy's civil rights under the ADA and KCRA, even after this specific claim was brought to attention through Loy's scholarship appeal proceedings. (*See paragraph #27 above*).

75.   Gary's decisions and actions as described in paragraphs #71 and #72 above, as well as all of the other averments of the present complaint were made intentionally, with a wanton or reckless or malicious disregard for Loy's rights.   Accordingly, Gary's behavior was grossly negligent and the Plaintiff seeks punitive damages as to this count to discourage Gary and other similarly situated college athletic team coaches like him from engaging in such conduct in the future.

## V.     PRAYER FOR RELIEF

WHEREFORE, the Plaintiff demands the following:

1.    A trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38;

2.    Injunctive relief restoring her full athletic scholarship for her remaining three years of NCAA eligibility and restoration of her place on the WKU women's golf team;

3.    Judgment in favor of the Plaintiff against the Defendant on her ADA, RA, and KCRA claims including lost scholarship money, damages for mental anguish, embarrassment, humiliation, pain and suffering, and all other relief available under federal and state law, including a reasonable fee for her attorneys;

4.    All compensatory and punitive damages allowed by the common law of Kentucky for the Plaintiff's claims of negligence, gross negligence, and promissory estoppel;

5.    Pre- and post-judgment interest as allowed by federal and state law;

6.    Any and all other relief to which the Plaintiff may otherwise be properly entitled under the laws and regulations of the United States and/or the Commonwealth of Kentucky.

Respectfully submitted,

/S/*Andrew S. Epstein*
ANDREW S. EPSTEIN
VANESSA B. CANTLEY
PATRICK E. MARKEY
BAHE, COOK, CANTLEY & NEFZGER
1041 Goss Avenue
Louisville, Kentucky 40217
(502) 587-2002 – Telephone
(502) 587-2007 – Fax
andrew@bccnlaw.com
vanessa@bccnlaw.com
patrick@bccnlaw.com
*Counsel for Plaintiff*