UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:21-CV-133-BJB

*Filed Electronically*

ELIZABETH LOY     PLAINTIFF

V.     **JOINT STATUS REPORT**

WESTERN KENTUCKY UNIVERSITY, ET AL     DEFENDANTS

    Plaintiff Elizabeth Loy and Defendants Western Kentucky University and Adam Gary file this joint status report pursuant to the Court's Text Order of August 17, 2023. (DN 66).

    The parties report that they have scheduled a mediation with a private mediator to be held on November 7, 2023. If mediation is unsuccessful, then the parties are available for trial on during the following dates:

    The week of May 6-10, 2024, or the week of May 13-17, 2024. The parties anticipate that the jury trial of this matter will take five (5) days.

Respectfully submitted,

*/s/ Andrew Epstein*
Counsel for Plaintiff

*/s/ Kyle G. Bumgarner (with permission)*
Counsel for Defendants