UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:21-CV-133-BJB

*Filed Electronically*

ELIZABETH LOY                                                                                       PLAINTIFF

V.                                        **JOINT STATUS REPORT**

WESTERN KENTUCKY UNIVERSITY, ET AL                                       DEFENDANTS

   Plaintiff Elizabeth Loy and Defendants Western Kentucky University and Adam Gary file this joint status report to advise the Court that the parties have reached a settlement agreement in this matter. The parties therefore respectfully ask the Court to remand the current trial date of May 21, 2024, from the Court's docket, as well as all pre-trial conferences and related deadlines.

   Within 60 days, the parties will tender an agreed order of dismissal, or in the alternative, will tender a joint status report advising the Court of any final difficulties or obstacles in consummating the settlement agreement.

   .

Respectfully submitted,

*/s/ Andrew Epstein*
Counsel for Plaintiff

*/s/ Kyle G. Bumgarner (with permission)*
Counsel for Defendants

1