UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:21-CV-00133-BJB
*Filed Electronically*

ELIZABETH LOY                                         PLAINTIFF

v.                    **AGREED ORDER OF DISMISSAL**

WESTERN KENTUCKY UNIVERSITY, *et al.*            DEFENDANTS

This matter is before the Court by agreement of the parties as is evidenced by the signatures of their respective counsel below. The parties announce to the Court that all claims asserted or assertable in this matter have been resolved. The Court being sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that all claims asserted or assertable by Plaintiff, Elizabeth Loy, are hereby DISMISSED WITH PREJUDICE. The parties shall be responsible for their own respective costs and attorney's fees. This is a final and appealable order and there is no just cause for delay.

HAVE SEEN AND AGREE:

/s/ Andrew S. Epstein (with permission)
Andrew S. Epstein
Vanessa B. Cantley
Bahe, Cook, Cantley & Nefzger, PLC
1041 Goss Avenue
Louisville, KY 40217
*Counsel for Plaintiff, Elizabeth Loy*

/s/ Kyle G. Bumgarner
Kyle G. Bumgarner
Kerrick Bachert, PSC
P. O. Box 9547
Bowling Green, KY 42101
*Counsel for Defendants*

DISTRIBUTION: All counsel of record